IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN ALEXANDER, et al.,

    Plaintiffs,

vs.

CITY OF DAYTON, et al.,

    Defendants.

Case No. 3:14cv15

JUDGE WALTER H. RICE

---

DECISION AND ENTRY SUSTAINING MOTION OF DEFENDANTS CITY OF DAYTON, MICHAEL WOLPERT AND JASON OLSON FOR PARTIAL SUMMARY JUDGMENT (DOC. #26); EXPANDED OPINION, SETTING FORTH REASONS AND CITATIONS OF LEGAL AUTHORITY, TO FOLLOW WITHIN SEVEN CALENDAR DAYS

---

Pursuant to an expanded opinion, to be filed by this Court within the next seven calendar days, the Motion of the Defendants, City of Dayton, Michael Wolpert and Jason Olson for Partial Summary Judgment (Doc. #26) is sustained.

*[signature]*

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record